# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
## -oOo-

UNITED STATES OF AMERICA, )

       Plaintiff, )

vs. )

HARRISON JOHNSON, )

       Defendant. )

2:12-CR-336

ORDER FOR ISSUANCE OF
WRIT OF HABEAS CORPUS
AD PROSEQUENDUM FOR
HARRISON JOHNSON

       Upon reading the petition of the United States Attorney for the District of Nevada, and good cause appearing therefor,

       IT IS HEREBY ORDERED that a Writ of Habeas Corpus Ad Prosequendum issue out of this Court, directing the production of the body of the said **HARRISON JOHNSON,** 01943218, before the United States Magistrate Judge at Las Vegas, Nevada, on or about _____ I/A & A/P Fri: 9/28/12 3:00 PM CWH 3C _____, for Initial Appearance and Arraignment and Plea, and any further proceedings and from time to time and day to day thereafter until excused by the said Court.

       **DATED:** 9/18/2012

_____
UNITED STATES MAGISTRATE JUDGE

DANIEL G. BOGDEN
United States Attorney
CRISTINA SILVA
Assistant United States Attorney
333 Las Vegas Blvd., S., Suite 5000
Las Vegas, Nevada 89101
(702) 388-6336

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
## -oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:12-cr-336 |
| Plaintiff, | |
| vs. | PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM FOR HARRISON JOHNSON |
| HARRISON JOHNSON, | |
| Defendant. | |

The petition of the United States Attorney for the District of Nevada respectfully shows that **HARRISON JOHNSON**, 01943218, is committed by due process of law in the custody of the Warden, Clark County Detention Center, Las Vegas, Nevada, that said Warden has consented to the temporary release of the said **HARRISON JOHNSON** pursuant to a Writ of Habeas Corpus Ad Prosequendum so that the said **HARRISON JOHNSON** may be present before the United States Magistrate Judge for the District of Nevada, at Las Vegas, Nevada, on_ I/A & A/P Fri: 9/28/12 3:00 PM CWH 3C __, for Initial Appearance and Arraignment and Plea, and any further proceedings, and from time to time and day to day thereafter until excused by the said Court.

That the presence of the said **HARRISON JOHNSON** before the United States Magistrate Judge on or about _____ I/A & A/P Fri: 9/28/12 3:00 PM CWH 3C _____, and any further proceedings and from time to time and day to day thereafter until excused by the Court has been ordered by the United States Magistrate or District Judge for the District of Nevada.

WHEREFORE, petitioner respectfully prays that a Writ of Habeas Corpus Ad Prosequendum issue out of this Court, directed to the Warden, Clark County Detention Center and to the United States Marshal for the District of Nevada, commanding them to produce the said **HARRISON JOHNSON** before the United States District Court on or about

_____ I/A & A/P Fri: 9/28/12 _____, and from time to time and day to day thereafter,
3:00 PM    CWH 3C

at such times and places as may be ordered and directed by the Court entitled above, to appear before the Court, and when excused by the said Court, to be returned to the custody of the Warden, Clark County Detention Center, Las Vegas, Nevada.

**DATED:** this ___18th___ day of September 2012.

Respectfully submitted,

DANIEL G. BOGDEN
United States Attorney

_____

CRISTINA SILVA
Assistant United States Attorney

2